DENISE TRAVISANO *v.* CITY OF NEW HAVEN ET AL.
(10377)

DALY, LAVERY and FREEDMAN, Js.
Argued May 11—decision released June 2, 1992

*Judith A. Sarathy,* assistant corporation counsel, for the appellants (defendants).
*Mary Beattie Schairer,* with whom, on the brief, was *Steven J. Errante,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.